MARXUACH, DEMANDANTE Y APELADO, *v.* NIN, DEMANDADO Y APELANTE.

No. 2946.—*Visto:* Enero 31, 1924. *Resuelto:* Julio 11, 1924.

REIVINDICACIÓN—*Estoppel.*—Cuando el comprador de una finca que es segregación de otra permite que a la finca principal se dé determinada cabida en la escritura de venta, y por otros actos públicos posteriores reconoce que tenía tal cabida, está luego impedido de alegar que dicha finca principal tenía menor cabida.

SENTENCIA de *Luis Campillo,* J. (San Juan, Primer Distrito), en una acción reivindicatoria, declarando con lugar la demanda y sin lugar la contrademanda, con las costas. *Confirmada.*

J. *Guzmán Benítez,* abogado del apelante; *M. M. Ginorio,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El demandante don Acisclo Marxuach y el demandado don Antolín Nin son dueños de dos fincas colindantes por el Oeste y por el Este, respectivamente, radicadas en el barrio de Seboruco de Santurce, en esta ciudad, y la cuestión que motiva este pleito es la reclamación que Marxuach hace a Nin para que le entregue 3 cuerdas 26 céntimos de terreno que alega ser de su propiedad y que indebidamente está ocupando Nin, quien no sólo niega tal cosa sino que contrademandó a Marxuach para que le entregue 2 cuerdas 68 céntimos de terreno que un dueño anterior de la finca de Marxuach le quitó y para que le pague indemnización de perjuicios sufridos por no haber podido comprar un edificio cons-

truído en su finca a causa de la ocupación del terreno. por .el que establece su contrademanda. Declarada con lugar la demanda y sin lugar la contrademanda interpuso Nin este recurso de apelación.

Las fincas de Marxuach y de Nin son partes de una finca que la sucesión Cortijo tenía inscrita en el registro de la propiedad desde el año 1904 con cabida de 40 cuerdas, colindante por el Sur con el caño de Martín Peña, de la cual compró Nin 21 cuerdas 82 centavos en el año 1906 y otras 9 cuerdas 41 centavos en 1908, que suman 31 cuerdas 23 centavos, por lo que quedó un resto a los Cortijo de 8 cuerdas 77 céntimos que posteriormente compró el abogado don Manuel Ginorio y que después de varias trasmisiones ha llegado a ser del demandante Marxuach.

La finca de los Cortijo tenía una parte de ella al Norte del camino del Seboruco que llegó a ser de don José María Blanco por compra, quedando las dos fincas de los litigantes al Sur de dicho camino del Seboruco con cabida la de Nin de 13 cuerdas 70 céntimos, y la de Marxuach de 8 cuerdas 77 céntimos, colindantes ambas por el Sur con el caño de Martín Peña según sus títulos. Dice Nin que él compró a los Cortijo solamente terreno seco y que entonces hizo medir toda la finca dando un total de terreno seco de 32 cuerdas 73 céntimos, siendo lo demás manglares del caño de Martín Peña pertenecientes al Pueblo de Puerto Rico porque los cubrían las mareas altas, por lo que después de sus compras de 31 cuerdas 23 centavos sólo quedó a los Cortijo una cuerda 50 céntimos como resto de las 32 cuerdas 73 céntimos que fué lo que podían vender y vendieron a Ginorio, el anterior dueño a Marxuach, aunque en el título dijeron que le vendían 8 cuerdas 77 céntimos.

Declara Ginorio que cuando él compró le entregaron los Cortijo por la colindancia Sur hasta una vía férrea que está sobre un camino que fué construído por don Pablo Ubarri hace unos cincuenta años para el transporte de piedra de una cantera, camino y cantera que son ahora de don José

A. Rexach, y que ese camino y vía es la línea divisoria en-
tre la finca de los Cortijo y el caño de Martín Peña. No hay
discusión entre las partes en que si ese camino y vía férrea
es la línea divisoria entre el caño de Martín Peña y la finca
de los Cortijo entonces ésta tiene 40 cuerdas de cabida, pero
Nin insiste en que ése no es el límite de la finca sino el sitio
hasta donde llegan las mareas altas que dejan sólo 32 cuer-
das 73 céntimos de terreno seco.

Si la finca de los Cortijo llega hasta ese camino y vía
férrea de Rexach y tiene por consiguiente 40 cuerdas de ca-
bida, entonces la finca que está poseyendo Nin tiene 16 cuer-
das 96 centavos, que restadas de las 13 cuerdas 70 céntimos
que expresan sus títulos, arrojan un exceso de 3 cuerdas 26
centavos que le faltan a Marxuach y que reclama para com-
pletar las 8 cuerdas 77 céntimos que compró.

A pesar de que Nin dice que cuando él compró a los Cor-
tijo la mensura que se hizo entonces del terreno seco hasta
el sitio que cubrían las mareas altas sólo dieron una cabida a
la finca total de 32 cuerdas 73 céntimos, sin embargo consintió
que en sus títulos de compra hicieran constar los Cortijo
que la finca tenía 40 cuerdas, según dice, porque eso no le
perjudicaba toda vez que recibía completo el terreno que
compraba. Posteriormente en una escritura pública otor-
gada por él, por Ginorio y por Blanco en el año 1911, hicie-
ron constar que la finca de 40 cuerdas de los Cortijo perte-
necía a ellos tres en la siguiente forma: a Blanco la por-
ción que está al Norte del camino del Seboruco con una ca-
bida de 17 cuerdas 53 céntimos; a Nin 13 cuerdas 70 cénti-
mos lindante al Norte con el camino del Seboruco, por el
Sur con el caño de Martín Peña y por el Este con Gino-
rio; y que la parcela de Ginorio de 8 cuerdas 77 céntimos
tenía las mismas colindancias por el Norte y por el Sur que
la anterior y por el Oeste con Nin. En total 40 cuerdas.

Más tarde, en 1918, cuando se hizo en el Seboruco el cam-
pamento para las tropas que se preparaban para la guerra
con Alemania, Nin firmó un contrato con las autoridades mi-

litares arrendándoles su finca con colindáncia por el Sur con la vía férrea de Rexach, y fué levantado un plano de todo el campamento por los militares en el que aparece la finca de Nin llegando hasta la vía de Rexach.   Dice Nin que advirtió entonces a los militares que no llegaba hasta la vía y que les escribió una carta en ese sentido, pero la que aparece en los autos es una carta remitiendo a las autoridades militares el plano de su finca de 13 cuerdas 70 céntimos, plano que no consta en los autos.

Hay prueba de que Nin tenía la cerca de su finca por el Sur a 2 metros del camino y vía férrea de Rexach y aunque presentó también evidencia de que había manglares entre la finca y la vía férrea, esto fué negado por otros testigos quienes dijeron que no eran manglares sino yerba de terreno húmedo porque allí se depositan las aguas llovedizas y que las mareas no pasan al otro lado del camino, habiendo Nin recientemente abierto unas zanjas diagonales en el camino de la vía para que pasaran las mareas, que fueron tapadas por el dueño de la vía.

Una de las pruebas del demandante consistió en la déclaración del encargado de los terrenos públicos de Puerto Rico, quien declaró con vista de un plano de aquel sitio hecho por el Departamento del Interior que el caño de Martín Peña sólo llega hasta la vía de Rexach que está sobre un camino afirmado en el límite de los manglares y que todo lo que está al Norte de ese camino y vía férrea es de propiedad privada.

En vista de los hechos expuestos y toda vez que Nin consintió que en sus títulos de compra a los Cortijo éstos consignaran que la finca tenía 40 cuerdas; que así lo reconoció también en el documento que firmó con Ginorio y con Blanco, en el que la suma de las tres parcelas dan esa cabida; que para que la finca tenga 40 cuerdas tiene que llegar hasta el camino de Rexach y que en el contrato que firmó para el campamento militar aparece como colindancia por el Sur la vía férrea de Rexach, llegamos a la conclusión de que el ca-

mino y vía férrea de Rexach es para los fines de este caso
la línea divisoria entre la finca de Nin y el caño de Martín
Peña, pues esos actos públicos así lo demuestran y no puede
ir contra ellos.

Sentado lo que precede cae por su base la contrademanda
de Nin para que Marxuach le devuelva 2 cuerdas 68 cénti-
mos de terreno que alega le quitó un anterior dueño de la
finca de Marxuach y para que le indemnice los daños sufri-
dos bajo la base de ser dueño de la porción que reclama
Marxuach en la que se dice fué construído un edificio.

*Debe confirmarse la sentencia apelada.*

El Juez Asociado Sr. Wolf no intervino en la resolución
de este caso.